**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2015

Lyle W. Cayce
Clerk

No. 14-41158
Summary Calendar

HECTOR R. GARZA-MATA, Pro Se & Siblings similarly situated,

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; THOMAS E. PEREZ, SECRETARY,
DEPARTMENT OF LABOR; ERIC H. HOLDER, JR., U. S. ATTORNEY
GENERAL, in his official capacity as head of the Department of Justice;
DAVID L. NEAL, Chairman of the Board of Immigration Appeals; JOHN
KERRY, Secretary, U.S. Department of State; JEH CHARLES JOHNSON,
SECRETARY, DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO
MAYORKAS, Director, U.S. Citizenship and Immigration Services; RON
ROSENBERG, Chief of the Administrative Appeals Office - U.S. Citizenship
and Immigration Services; ALBERT W. BLAKEWAY, Field Office Director -
U.S. Citizenship and Immigration Services - San Antonio, Texas,

      Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:14-CV-48

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

No. 14-41158

PER CURIAM:*

The lengthy complaint filed by the Plaintiff lists what is thought to have been official mistakes affecting his grandmother and other family members in past years.  But no claim that warrants legal relief now by a federal court is set forth.  As for the claim of citizenship, the district court has correctly explained why that must fail.  The court also explained why the other civil and constitutional rights discussed by the Plaintiff state no legal complaint against any defendant.  The case must be dismissed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2